The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Juana Reyes Torres,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | NO. 3:22-cv-05413-DGE<br><br>STIPULATED MOTION TO EXTEND ANSWER DEADLINE<br><br>Note on Motion Calendar:<br>Friday, September 2, 2022 |

Plaintiff and Defendant move by stipulation under Local Civil Rules 7(d)(1) and 10(g), to extend to September 20, 2022, Defendant's deadline to file an Answer to the Complaint. This two-week extension will enable Defendant to determine whether this case can be promptly resolved through settlement. If granted, the extension will not require changing any other deadlines previously set by the Court. Plaintiffs served the Summons and Complaint on the United States

STIPULATED MOTION TO EXTEND ANSER DEADLINE - 1
(3:22-cv-05413-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Attorney's Office on July 8, 2022, making Defendants' Answer due September 6, 2022. Fed. R. Civ. P. 12(a)(2).

Accordingly, the parties jointly request that the Court sign the proposed order below, approving their stipulation to extend the Defendants' Answer deadline to September 20, 2022.

DATED this 2nd of September 2022.

| | |
|---|---|
| | NICHOLAS W. BROWN<br>United States Attorney |
| *s/John R. MacMillan*<br>JOHN R. MACMILLAN, WSBA #27912<br>MacMillan, Scholz, and Marks, LLC<br>900 SW Fifth Avenue, Suite 1800<br>Portland, Oregon  97232<br>Phone: 503-224-2165<br>Email: jmacmillan@msmlegal.com | *s/Kyle A. Forsyth*<br>KYLE A. FORSYTH, WSBA #34609<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:  kyle.forsyth@usdoj.gov |

IT IS SO ORDERED.

ENTERED:  September 6, 2022.

David G. Estudillo
United States District Judge

STIPULATED MOTION TO EXTEND ANSER DEADLINE - 2
(3:22-cv-05413-DGE)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970